UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV - 3 1999
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

AMERICAN CIVIL LIBERTIES UNION, )
on behalf of its member )
Scott Weiner, )
)
    Plaintiff, )
)
v. ) No. 4:97CV2528 CDP
)
CITY OF FLORISSANT, et al., )
)
    Defendants. )

### ORDER

This matter is before the Court on remand from the Court of Appeals. The Court of Appeals directed the undersigned to enter judgment in favor of defendants on plaintiff's federal claims, and to reconsider the state claims raised by plaintiff. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file simultaneous briefs setting forth what they believe this Court should do with the state claims remaining in the case. The briefs shall be filed no later than **November 22, 1999**, and the parties may, but are not required to, respond to the other side's position no later than **December 1, 1999.**

                                              _/s/ Catherine D. Perry_
                                              CATHERINE D. PERRY
                                              UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November, 1999.

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 11/03/99 by lwilderm
              4:97cv2528    ACLU vs Florissant, City of

42:1983 Civil Rights Act

| | |
|---|---|
| Sally Barker - 2563 | Fax: 314-621-2378 |
| John Hessel - 3390 | Fax: 314-241-6056 |
| Denise Lieberman - | Fax: 314-361-3135 |

SCANNED & FAXED BY:

NOV - 3 1999

C. L. F.